UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALCARAZ, SR., <br><br> Plaintiff, <br><br> v. <br><br> QUALITY LOAN SERVICE CORP., DOE 1 and DOES 2-250, inclusive, <br><br> Defendants. | Case No. EDCV 08-1390-VAP (MANx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: November 20, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge